IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JASON DAVID YONAI,**<br><br>                                   Petitioner,<br><br>         v.<br><br>**CSP-SAC SUPERINTENDENT MR. WALKER, et al.,**<br><br>                                   Respondents. | 2:07-cv-02138-WBS-JFM (HC)<br><br>**ORDER GRANTING FIRST EXTENSION OF TIME** |

GOOD CAUSE APPEARING, it is ordered that Respondent shall have to and including July 21, 2008, to serve his responsive pleading to the Petition for a Writ of Habeas Corpus.

DATED: May 29, 2008.

                                                                              /s/ John F. Moulds
                                                                              UNITED STATES MAGISTRATE JUDGE

/yona2138.ext

Order

1