IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

    Petitioner,               No. 2:07-cv-2138 WBS JFM (HC)

    vs.

CSP-SAC SUPERINTENDENT
MR. WALKER, et al.,

    Respondents.          <u>ORDER</u>

         On July 8, 2008, respondents filed a motion to dismiss pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts on the ground that petitioner failed to exhaust state court remedies prior to suit. On July 16, 2008, petitioner was served with notice of the deadline for filing an opposition to the motion. Petitioner has not opposed the motion.

         Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

/////

1

1   Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
2 date of this order, petitioner shall file an opposition, if any he has, to the motion to dismiss or a
3 statement of non-opposition.  Failure to comply with this order may result in a recommendation
4 that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).
5 DATED: August 19, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
yona2138.46osc

2